# IN THE SUPREME COURT OF THE STATE OF NEVADA

JUAN ALEXANDE VIANEZ,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
  and
CITY OF LAS VEGAS; PLANET
HOLLYWOOD; THE STATE OF
NEVADA; AND LAS VEGAS
METROPOLITAN POLICE
DEPARTMENT,
Real Parties in Interest.

No. 74584

FILED

APR 10 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING PETITION*

On February 22, 2018, this court denied appellant's request to proceed in forma paupers because he did not establish he is indigent. The order also stated appellant shall have 10 days to pay the filing fee or this appeal will be dismissed. On March 14, 2018, appellant filed a document indicating his indigency, but did not provide any financial information. Accordingly, this petition is dismissed.

It is so ORDERED.

_____, C.J.

cc: Juan Alexande Vianez
Attorney General/Carson City
Eighth District Court Clerk